# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WALTILIA SHRE ROBINSON**                                                                **PLAINTIFF**
**ADC #719972**

v.                                    Case No. 3:24-cv-00104-LPR-PSH

**MIDGET, et al.**                                                                        **DEFENDANTS**

## ORDER

On June 13, 2024, Plaintiff Waltilia Shre Robinson, an inmate at the Arkansas Division of Correction's McPherson Unit, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  On June 14, 2024, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2]  The Court warned Plaintiff that her failure to comply with the Order would result in the dismissal of this lawsuit.[3]  Plaintiff has not complied with or otherwise responded to the June 14, 2024 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4).  The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.* at 2.